**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| T.C, | : | No. 430 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| M.B. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.